[Nos. 10588-1-III; 10589-0-III. Division Three. April 16, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS G. LOWE, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 89-1-00725-3, 89-1-01996-1, Robert N. Hackett, Jr., J., entered December 15, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 10509-1-III. Division Three. April 16, 1991.]

THE STATE WASHINGTON, *Respondent,* v. JOSE JUAN TORRES-CASTRO, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 89-1-00255-9, Charles W. Cone, J., entered January 10, 1990. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[No. 10471-1-III. Division Three. April 16, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER JENSEN WILLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01807-7, Bruce P. Hanson, J., entered December 8, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.